IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| CHARLES A. TROBAUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>JERRI ALLEN, Probation Officer; ROBERT ANDERSON, Probation Officer; BARBARA BRANDT, Correctional Counselor; JILL BUSHAW, Correctional Counselor; PATRICIA CARGIN, Senior United States Probation Officer; MICHAEL CARR, Linn County Correctional Center Administrator; RANDY COLE, Probation Officer; CYNTHIA DENNIS, Probation Officer; BRIAN GARDNER, Linn County Sheriff's Department Captain; KERRY HYATT, Community Corrections Manager; LEAH NOEL, Beje Clark Residential Center Director; DAVE PATE, Correctional Staff Member; BOBBI PETERS, Gerald R. Hinzman Center Director; VAN RACY, Contract Oversight Specialist; MICHAEL SKAGGS, Probation Officer; THERESA TOMETICH, Probation Officer; BRUCE VANDER SANDEN, Correctional Supervisor; and UNITED STATES OF AMERICA,<br><br>    Defendants. | No. C03-0053-LRR<br><br>ORDER |

This matter is before the court pursuant to the plaintiff's motion for copies (Docket No. 73). The plaintiff filed such motion on April 24, 2006. Judgment entered against the plaintiff on January 23, 2004 and the Eighth Circuit Court of Appeals affirmed this court on April 7, 2005. Given the status of this case, there is no reason to waste the resources of the court by providing the plaintiff with a copy of the motion he filed on April 14, 2006. Moreover, the plaintiff has not submitted an application that complies with 28 U.S.C. § 1915. Accordingly, the plaintiff's motion for copies (Docket No. 73) is denied.

**IT IS SO ORDERED.**

**DATED** this 2nd day of May, 2006.

LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA